ALAN ADELMAN, ESQ.   BAR NO: 170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 9th Floor
Union Square
San Francisco, California 94108
Telephone: (415) 956-1360
Facsimile: (415) 625-1339

Attorney for Plaintiff

IT IS SO ORDERED
Judge Vaughn R Walker

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN GANT, | CASE NUMBER: C 09-04886 VRW |
| Plaintiff, | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| vs. | [FRCP 41(a)(1)(A)(i)] |
| JOHN MUIR HEALTH, | |
| Defendant. | |

WHEREAS the parties to this action, and each of them, have fully and finally resolved all issues set forth in this case.

WHEREAS the parties have entered into a confidential written settlement agreement.

WHEREAS Defendant JOHN MUIR HEALTH has not yet filed an Answer or other responsive pleading.

Plaintiff hereby dismisses this lawsuit with prejudice.

Dated: January 13, 2010                    LAW OFFICES OF ALAN ADELMAN

                                           By:    /s/ Alan Adelman
                                                  Attorney for Plaintiff
                                                  SHAWN GANT

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(i)]
CASE NUMBER: C 09-04886 VRW