ALAN ADELMAN, ESQ.   BAR NO:  170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 9th Floor
Union Square
San Francisco, California  94108
Telephone:  (415) 956-1360
Facsimile:  (415) 625-1339

Attorney for Plaintiff

**IT IS SO ORDERED**
/s/ Vaughn R. Walker
Judge Vaughn R Walker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN GANT, | CASE NUMBER: C 09-04886 VRW |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | **[FRCP 41(a)(1)(A)(i)]** |
| JOHN MUIR HEALTH, | |
| Defendant. | |

WHEREAS the parties to this action, and each of them, have fully and finally resolved all issues set forth in this case.

WHEREAS the parties have entered into a confidential written settlement agreement.

WHEREAS Defendant JOHN MUIR HEALTH has not yet filed an Answer or other responsive pleading.

Plaintiff hereby dismisses this lawsuit with prejudice.

Dated: January 13, 2010                     LAW OFFICES OF ALAN ADELMAN

                                            By:    /s/ Alan Adelman
                                                   Attorney for Plaintiff
                                                   SHAWN GANT

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(i)]**
**CASE NUMBER: C 09-04886 VRW**